IN UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William J. Walsh,

Plaintiff,

vs.

Charles Thompson d/b/a
Thompson Construction, and
Dynamic Homes, Inc.

Defendants.

Civil File No. 01-1201

---

**STIPULATION TO ADD THIRD-PARTY DEFENDANTS**

The parties in the above matter have hereby agreed to amend the pleadings to add a third-party defendant to the above matter and service of Summons and Third-Party Complaint be allowed.

Dated this 27th day of December, 2001

RAJKOWSKI HANSMEIER LTD.

By [signature]
Gordon H. Hansmeier - 40770
Attorneys for Defendant Thompson Construction
11 North Seventh Avenue
P.O. Box 1433
St. Cloud, MN 56302
Telephone: (320) 251-1055

(15)

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 28th day of December, 2001.

O'NEILL & MURPHY, LLP

By ______________________
Timothy R. Murphy
Stephen M. Warner
Attorneys for Plaintiff
1250 World Trade Center
30 East Seventh Street
St. Paul, MN 55101
Telephone: 651-292-8100

Dated this 31 day of December, 2001.

FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.

By Stephanie Ball
Stephanie Ball
Attorney for Dynamic Homes
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802-1863
Telephone: (218) 722-0861

**ORDER**

Pursuant to the foregoing Stipulation to Add Third-Party Defendants,

**HEREBY ORDERS:**

That Defendant Charles Thompson d/b/a Thompson Construction may amend the pleadings to add a third-party defendant to the above matter and service of Summons and Third-Party Complaint be allowed.

Dated this 2nd day of January, 2002.

BY THE COURT:

By ______________________
Magistrate