UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

William J. Walsh,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Charles Thompson, d/b/a
Thompson Construction, et al.,

Defendants.

Civ. No. 01-1201(MJD/RLE)

* * * * * * * * * * * * * * * * * *

TO: Honorable Michael J. Davis, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: February 12, 2003
At Duluth, Minnesota

FEB 12 2003