**IN UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

William J. Walsh,

Civil No. CV-01-1201-MJD/RLE

Plaintiff,

v.

Charles Thompson d/b/a
Thompson Construction; and
Dynamic Homes, Inc.,

Defendants,

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT FREEMAN WELL DRILLING, INC. ONLY AND ORDER**

v.

Charles Thompson d/b/a
Thompson Construction,

Defendant and Third-Party Plaintiff,

v.

Freeman Well Drilling, Inc.;
J.T. Concrete & Masonry, Inc.;
Twin Pines Construction f/d/b/a HMS;
Ed Aletto; and
Borland Heating & Air Conditioning,

Third-Party Defendants.

---

**IT IS HEREBY STIPULATED** by and between the parties hereto that Third-Party Defendant Freeman Well Drilling, Inc. is hereby dismissed from the above-entitled matter with



FILED 2-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 2-13-03
DEPUTY CLERK ______

prejudice and on the merits, pursuant to a *Pierringer* Release with Plaintiff, but without costs or disbursements to any party.

It is further agreed that Plaintiff or Third-Party Defendant Freeman Well Drilling, Inc. may forthwith and without notice apply to the Court on this Stipulation alone for an Order directing that a Partial Judgment of Dismissal with Prejudice of Third-Party Defendant Freeman Well Drilling, Inc. only be entered accordingly.

**THIBODEAU, JOHNSON & FERIANCEK, PLLP**

Dated:

By: ______________________________
**JEROME D. FERIANCEK #238119**
Attorneys for Plaintiff William J. Walsh
800 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
(218) 722-0073

**RAJKOWSKI HANSMEIER, LTD.**

Dated:

By: ______________________________

**GORDON H. HANSMEIER #40770**

Attorneys for Defendant and Third-Party Plaintiff
Charles Thompson, d/b/a Thompson
Construction
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, MN 56302
(320) 251-1055

**FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.**

Dated:

By: ______________________________

**STEPHANIE BALL #191991**
Attorneys for Defendant Dynamic Homes, Inc.
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802-1863
(218) 722-0861

**BASSFORD LOCKHART, ET AL.**

Dated: By: ______________________________

**J. SCOTT ANDRESEN #292953**
Attorneys for Third-Party Defendant J.T. Concrete
33 S. Sixth Street, #3500
Minneapolis, MN 55402-3787
(612) 333-3000

**MEAGHER & GEER**

Dated:

By: ______________________

**JAMES RILEY** #91738
Attorneys for Third-Party Defendant
Twin Pines Construction f/d/b/a HMS
33 So. Sixth Street, Suite 4200
Minneapolis, MN 55402-3788
(612) 338-0661

**COUSINEAU, McGUIRE & ANDERSON, CHARTERED**

Dated: 1-7-03

By: [signature]

**SUSAN D. THURMER #122543**
**MICHELLE D. MITCHELL #295978**
Attorneys for Third-Party Defendant Freeman Well Drilling, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

Walsh v. Thompson, et al., Civil No.: 01-1201 (MJD/RLE)

**ORDER**

**NOW THEREFORE,** in performance of the Partial Stipulation of Dismissal with prejudice, and on the merits of Third-Party Defendant Freeman Well Drilling, Inc., and without costs to any party, as executed by the attorneys for the respective parties,

**NOW THEREFORE IT IS HEREBY ORDERED** that a judgment of dismissal with prejudice and on the merits of the Third-Party Complaint of Defendant and Third-Party Plaintiff Charles Thompson *d/b/a* Thompson Construction against Third-Party Defendant Freeman Well Drilling, without costs, may be entered as a matter of record and the Clerk of Court is hereby directed to enter judgment accordingly.

**BY THE COURT**

Dated: 2-11, 2003 By: Michael J. Davis

~~Raymond L. Erickson~~

~~U.S. Magistrate Judge~~

United States Judge