IN UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

---

William J. Walsh,

Plaintiff,

vs.

Charles Thompson d/b/a
Thompson Construction, and
Dynamic Homes, Inc.

Defendants.

Charles Thompson d/b/a
Thompson Construction,

Defendant and
Third-Party Plaintiff,

vs.

Freeman Well Drilling, Inc.;
J.T. Concrete & Masonry, Inc.;
Twin Pines Construction f/d/b/a HMS;
Ed Aletto; and
~~Borland Heating & Air Conditioning,~~

Third-Party Defendants.

Civil File No. 01-1201

------

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

------

The above-entitled matter having been fully, finally and completely compromised and settled between the parties,

MAR 2 0 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 2 0 2003
DEPUTY CLERK

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record , that the above-entitled action, including any counterclaim, cross claim or third-party claim, may be and hereby is dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party hereto may forthwith, and without notice to any other party, apply to the Court pursuant to this Stipulation for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated this 6th day of March, 2003.

RAJKOWSKI HANSMEIER LTD.

By ____________________

Gordon H. Hansmeier - 40770
Attorneys for Defendant and Third-Party Plaintiff
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, Minnesota 56302
Telephone: (320) 251-1055

Dated this 13 day of March, 2003.

THIBODEAU, JOHNSON & FERIANCEK

By ____________________

J.D. Feriancek - 238119
Attorney for Plaintiff
800 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
(218) 722-0073

Dated this 17th day of March, 2003.

FRYBERGER, BUCHANAN, SMITH &
FREDERICK, P.A.

By Stephanie A Ball

Stephanie Ball - 191991
Attorney for Defendant Dynamic Homes
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802-1863
Telephone: (218) 722-0861

Dated this 7TH day of MARCH, 2003.

BASSFORD LOCKHART ET AL

By

J. Scott Andresen - 292953
Attorney for Defendant J.T. Concrete
33 S. Sixth St. #3500
Minneapolis, MN 55402-3787
Telephone: (612) 333-3000

Dated this 10th day of March, 2003.

MAAGHER GEER

By

Mr. James Riley -
Attorney for Defendant Twin Pines
Construction
33 S. 6th St. Ste. 4200
Minneapolis, MN 55402
Telephone: (612) 338-0661

Dated this 7 day of March, 2003.

JAN STUURMANS, P.A.

By ______________________

Jan Stuurmans - 106859
Attorney at Law
1008 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 336-4455

~~Dated this _____ day of ______________________, 2003.~~

~~BORLAND HEATING & AIR CONDITIONING~~

~~By ______________________~~

~~Phil Borland~~
~~Borland Heating & Air Conditioning~~
~~P.O. Box 997~~
~~Walker, MN 56484~~
~~Telephone: (218) 547-2422~~

Dated this 5th day of March, 2003.

By ______________________

Ed Aletto
Pro Se Defendant
P.O. Box 626
Walker, MN 56484
Telephone: (218) 547-1307

ORDER FOR JUDGMENT

Pursuant to the foregoing Stipulation for dismissal pursuant to Release,

IT IS ORDERED:

That judgment be entered dismissing all claims against Charles Thompson, d/b/a Thompson Construction, Dynamic Homes, Inc., J.T. Concrete & Masonry, Inc., Twin Pines Construction f/d/b/a HMS, Ed Aletto, and ~~Borland Heating & Air Conditioning~~, with prejudice, including all crossclaims, counterclaims, and third-party claims, on the merits, and without costs or disbursements to any party.

Dated this 20 day of March, 2003.

BY THE COURT:

Michael J. Davis

Judge of the Above Court

JUDGMENT

Pursuant to the foregoing Order for Judgment

IT IS ADJUDGED

That all claims against Charles Thompson, d/b/a Thompson Construction, Dynamic Homes, Inc., J.T. Concrete & Masonry, Inc., Twin Pines Construction f/d/b/a HMS, Ed Aletto, and ~~Borland Heating & Air Conditioning~~ are hereby dismissed with prejudice, including all crossclaims, counterclaims, and third-party claims, on the merits, and without costs or disbursements to any parties.

Dated this _____ day of ______________________, 2003.

BY THE COURT:

______________________________

Clerk of Court



FILED MAR 2 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 2
DEPUTY CLERK